UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

Case No. 9:11-CV-80209-KAM

NATIONAL ALLIANCE FOR
ACCESSIBILITY, INC., a Florida not for profit
Corporation, and DENISE PAYNE, Individually,

        Plaintiffs,

v.

BLOOMINGDALE'S, INC., a foreign
corporation,

        Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**.

      Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, National Alliance for Accessibility, Inc. and Denise Payne (collectively "Plaintiffs"), and Bloomingdale's, Inc. ("Defendant"), hereby file this Joint Stipulation For Dismissal of Plaintiffs' Complaint with Prejudice.  This court shall retain jurisdiction for purpose of enforcing the Settlement Agreement.

      Respectfully submitted this 21st day of December, 2011.

| | |
|---|---|
| Philip Michael Cullen, III, Esq. | Rene F. Ruiz, Esq. |
| Thomas B. Bacon, P.A. | Fla. Bar #0520284 |
| cullen@thomasbaconlaw.com | Stearns, Weaver, Miller, Weissler |
| 621 S. Federal Highway, Suite 4 | Alhadeff & Sitterson, P.A. |
| Ft. Lauderdale, FL 33301 | 150 West Flagler Street, #2200 |
| Telephone: (954) 462-0600 | Miami, Florida  33130 |
| Facsimile: (954) 462-1717 | Telephone: (305) 789-3291 |
| Attorneys for Plaintiffs | Facsimile:  (305) 789-2691 |
| | rruiz@stearnsweaver.com |
| s/Philip Michael Cullen, III, Esq. | |
| Philip Michael Cullen, III, Esq. | s/ Rene F. Ruiz |
| | Attorneys for Bloomingdale's |

#1415488 v1