UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

Case No. 9:11-CV-80209-KAM

NATIONAL ALLIANCE FOR
ACCESSIBILITY, INC., a Florida not for profit
Corporation, and DENISE PAYNE, Individually,

                Plaintiffs,

v.

BLOOMINGDALE'S, INC., a foreign
corporation,
                Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court on the Parties' Stipulation for Voluntary Dismissal of Plaintiff's Complaint with Prejudice. The Court, having reviewed the pleadings and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The above-styled cause is hereby **DISMISSED WITH PREJUDICE**;

2. This Court retains jurisdiction to enforce the settlement agreement entered into by the Parties; and

3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot and the case is **CLOSED**.

**DONE AND ORDERED** in Chambers, this 21st day of December, 2011.

                                                       KENNETH A. MARRA
                                                       UNITED STATES DISTRICT JUDGE

cc: All counsel of record

#1415521 v1